**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No.: 3:17-CR-193-J-39JRK

**DEDRIX DAKA**

___

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, **DEDRIX DAKA**, in the above-styled cause.  The Clerk is requested to enter the appearance of Lisa Call, Assistant Federal Public Defender, as counsel for the Defendant.

    Respectfully Submitted

    s/Lisa Call
    Lisa Call, Assistant Federal Defender
    Florida Bar No. 0896144
    200 West Forsyth Street, Suite 1240
    Jacksonville, FL 32202
    Telephone: (904) 232-3039
    Fax: (904) 232-1937

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic filing through the Clerk's Office of the United States District Court, Middle District of Florida, to Jason Mehta, AUSA, 300 N. Hogan St., Jacksonville, FL 32202, on October 11, 2017.

    s/Lisa Call
    Lisa Call, AFPD